# EXHIBIT A

Electronically Filed
8/28/2019 4:18 PM
Fourth Judicial District, Ada County
Phil McGrane, Clerk of the Court
By: Katee Hysell, Deputy Clerk

TIM GRESBACK
210 E. 7th Street
P.O. Box 9696
Moscow, ID 83843
Telephone: (208) 882-2222
Fax: (208) 892-3535
Email: tim@moscowattorney.com
I.S.B.N. 3708

Reardon (District), Michael J.

*Attorney for Plaintiff*

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE

STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| LINDAROSE CURTIS BRUCE,<br><br>Plaintiff,<br><br>v.<br><br>THE TJX COMPANIES, INC., a foreign corporation, doing business as T.J. MAXX, and JOHN DOES I-X,<br><br>Defendants. | CASE NO. CV01-19-16010<br><br>**SUMMONS** |

NOTICE: YOU HAVE BEEN SUED BY THE ABOVE-NAMED PLAINTIFF. THE COURT MAY ENTER JUDGMENT AGAINST YOU WITHOUT FURTHER NOTICE UNLESS YOU RESPOND WITHIN 21 DAYS. READ THE INFORMATION BELOW.

**TO:   THE TJX COMPANIES, INC., doing business as T.J. MAXX, through its registered agent.**

You are hereby notified that in order to defend this lawsuit, an appropriate written response must be filed with the above-designated court, Ada County Courthouse, 200 W. Front Street, Boise, ID 83702, phone number 208-287-7070 within 21 days after service of this Summons on you. If you fail to so respond the court may enter judgment against you as demanded by the Plaintiff in the Complaint.

**SUMMONS - 1**

A copy of the Complaint is now served with this Summons. If you wish to seek the advice or representation by an attorney in this matter, you should do so promptly so that your written response, if any, may be filed in time and other legal rights protected.

An appropriate written response requires compliance with Rule 2 and other Idaho Rules of Civil Procedure and shall also include:

1. The title and number of this case.

2. If your response is an Answer to the Complaint, it must contain admissions or denials of the separate allegations of the Complaint and other defenses you may claim.

3. Your signature, mailing address and telephone number, or the signature, mailing address and telephone number of your attorney.

4. Proof of mailing or delivery of a copy of your response to Plaintiff's attorney, as designated above.

To determine whether you must pay a filing fee with your response, contact the Clerk of the above-named court.

August ___, 2019.
8/28/2019 4:18 PM

CLERK OF THE DISTRICT COURT
PHIL MCGRANE

By: ___KHysell_____
DEPUTY

SUMMONS - 2

Electronically Filed
8/28/2019 4:18 PM
Fourth Judicial District, Ada County
Phil McGrane, Clerk of the Court
By: Katee Hysell, Deputy Clerk

TIM GRESBACK
210 E. 7th Street
P.O. Box 9696
Moscow, ID 83843
Telephone: (208) 882-2222
Fax: (208) 892-3535
Email: tim@moscowattorney.com
I.S.B.N. 3708

*Attorney for Plaintiff*

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE

STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| LINDAROSE CURTIS BRUCE,<br><br>Plaintiff,<br><br>v.<br><br>THE TJX COMPANIES, INC., a foreign corporation, doing business as T.J. MAXX, and JOHN DOES I-X,<br><br>Defendants. | CASE NO. CV01-19-16010<br><br>**COMPLAINT**<br><br>Fee Category: A<br><br>Fee: $221.00 |

Plaintiff Lindarose Curtis Bruce (Lindarose), through her attorney Tim Gresback, alleges:

1.      Lindarose seeks monetary compensation for damages caused by the Defendants' negligence of maintenance of business property.

2.      The negligence occurred in Ada County, State of Idaho.  Lindarose is a resident of Ada County, State of Idaho.

3.      Defendant The TJX Companies, Inc., a foreign corporation headquartered in Massachusetts, is doing business as T.J. Maxx in Ada County, State of Idaho.  Defendant The TJX Companies, Inc., is registered as a foreign business corporation with the Idaho

**COMPLAINT - 1**

Secretary of State under file number 314403.

4.  Defendant T.J. Maxx is an assumed business name registered with the Idaho Secretary of State under file numbers 170663, 201852, and 216185.

5.  Defendants John Does, I-X are unidentified individuals who it may be discovered are legally liable for the injuries and damages suffered by the Plaintiff.

6.  On August 29th, 2017, in Boise, Ada County, Idaho, Plaintiff was visiting T.J. Maxx to shop, and was thus an invitee to whom the landowner owed the highest duty of care.

7.  This duty required the Defendants to keep the premises reasonably safe and to warn of dangers of which it knew or should have known.

8.  Defendants did not maintain safe conditions on its property, breaching the duty of care it owed to Plaintiff, the direct and proximate cause of which caused injury and damages to Plaintiff in an amount to be proven at trial.

9.  On or about the date and time alleged, there was a slippery substance on the floor believed to be soap, which had leaked from a bottle.

10. Defendants did not clean slippery surface from store's floor, nor did it warn Plaintiff of the dangerous condition on the property, of which they knew or should have known. Plaintiff slipped and fell as a result, which resulted in injuries.

11. Defendants breached this duty of care to Plaintiff and acted negligently in one or more of the following ways:

    a.  An employee caused the spill, for which she verbally admitted and apologized to the Plaintiff.

    b.  An employee knew or should have known of the dangerous surface but neglected to maintain safe conditions on the premises, and failed to warn

**COMPLAINT - 2**

       Plaintiff of the dangerous condition;

    c.    Any other acts and omissions that may later be discovered.

12. Defendants' breach of its duty of care constitutes negligence.

13. Neither Plaintiff nor any other person nor entity was comparatively negligent in this matter.

14. Jurisdiction and venue are proper under Idaho law and the doctrine of *forum conveniens*.

15. The court has subject-matter jurisdiction over this action.

16. This court has personal jurisdiction over Defendant.

17. The damage caused by Defendants and suffered by Plaintiff includes, but is not limited to, past and future: lost income, pain, suffering, medical expense, loss of enjoyment and quality of life, property damage, and physical disfigurement. The damage will be proven with specificity at trial.

18. Lindarose seeks judgment against The TJX Companies, Inc., and T.J. Maxx for:

    A.    Damages in excess of ten thousand dollars ($10,000.00) each;

    B.    Costs and interest; and,

    C.    Other relief deemed just.

August 28th, 2019

_____
Tim Gresback
Attorney for Plaintiff

COMPLAINT - 3